# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KENNETT CONSOLIDATED SCHOOL DISTRICT

     v.

CHESTER COUNTY BOARD OF ASSESSMENT  APPEALS, CHESTER COUNTY, PA

PETITION OF: PROPERTY OWNER AUTOZONE DEVELOPMENT CORP.

: No. 150 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Did the School District violate the requirements of the Uniformity Clause by subdividing real estate in the District based [upon] the money value [of] the property and imposing unequal tax burdens on properties with actual market value of more than $1,000,000?

(2) Did the School District violate the requirements of the Uniformity Clause by implementing an assessment appeal selection system which subjected only commercial properties to disparate treatment in operation and effect?

(3) Did the Commonwealth Court err by shifting the burden of proof and holding taxpayers to an impossible standard that

this Court has specifically rejected, namely by requiring taxpayers to prove that the School District intended to discriminate against a sub-class of taxpayers?